PTH:OG
F. #2018R01072

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 3 1 2020 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

- against -

LISA MARIA HYMAN,

              Defendant.

------------------------------X

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 18-307 (S-1) (BMC)
(T. 21, U.S.C., §§ 841(a)(1),
841(b)(1)(A)(iii), 841(b)(1)(B)(ii)(II),
952(a), 960(a)(1), 960(b)(1)(C),
960(b)(2)(B)(ii); T. 18, U.S.C., §§ 2
and 3551 et seq.)

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Importation of Cocaine Base and Cocaine)

1. On or about May 26, 2018, within the Eastern District of New York and elsewhere, the defendant LISA MARIA HYMAN, together with others, did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved (a) 280 grams or more of a substance containing cocaine base, a Schedule II controlled substance; and (b) 500 grams or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1), 960(b)(1)(C) and 960(b)(2)(B)(ii); Title 18, United States Code, Sections 2 and 3551 et seq.)

<u>COUNT TWO</u>
(Possession of Cocaine Base and Cocaine with Intent to Distribute)

2. On or about May 26, 2018, within the Eastern District of New York, the defendant LISA MARIA HYMAN, together with others, did knowingly and intentionally

possess with intent to distribute a controlled substance, which offense involved (a) 280 grams or more of a substance containing cocaine base, a Schedule II controlled substance; and (b) 500 grams or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(iii) and 841(b)(1)(B)(ii)(II); Title 18, United States Code, Sections 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

F.#: 2018R01072
FORM DBD-34
JUN. 85

No. 18-CR-307 (S-1) (BMC)

# UNITED STATES DISTRICT COURT
EASTERN *District of* NEW YORK
CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

LISA MARIA HYMAN,

Defendant.

# SUPERSEDING INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(A)(iii), 841(b)(1)(B)(ii)(II),
952(a), 960(a)(1), 960(b)(1)(C) and 960(b)(2)(B)(ii);
T. 18, U.S.C., §§ 2 and 3551 et seq.)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*
*of* _____ A.D. 20 _____

_____
*Clerk*

Bail, $ _____

_____

*Oren Gleich, Assistant U.S. Attorney (718) 254-6569*